IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:3:14-mj-000027  CKD |
| Plaintiff, | ) ) | **O R D E R** |
| vs. | ) ) | **APPOINTING COUNSEL** |
| RUDY ANGELO TRUJILLO, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE:  18 USC § 1344A.F

CJA Panel attorney Kyle Knapp is hereby appointed effective March 18, 2014, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

**Dated:  March 19, 2014**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Trujillo0027.appoint.ord.doc

ORDER APPOINTING COUNSEL              1