IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>RUDY ANGELO TRUJILLO,<br>REGINA LYNDA PEREA,<br><br>                    Defendants. | CR NO.  14-MJ-027-CKD<br><br>ORDER EXTENDING TIME FOR<br>PRELIMINARY HEARING AND EXCLUDING<br>TIME BY STIPULATION OF THE PARTIES<br><br>Date:  April 4, 2014<br>Time:  2:00 p.m. |

ORDER

   The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on April 2, 2014. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this

Stipulation to Continue Preliminary Examination                              3

1  continuance outweigh the best interests of the public and defendant
2  in a speedy trial. 18 U.S.C.§ 3161(h)(7)(A). The Court further finds
3  that the extension of time would not adversely effect the public's
4  interest in the prompt disposition of criminal cases.
5        THEREFORE, FOR GOOD CAUSE SHOWN:
6  1.  The date of the Preliminary Hearing is extended to
7              April 25, 2014, at 2:00 p.m..
8  2.  This time between April 4, 2014, and April 25, 2014, shall be
9  excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and
10 Federal Rule of Criminal Procedure 5.1(d).
11 3.  The defendant shall appear at the date and time before the
12 Magistrate Judge on duty.
13      IT IS SO ORDERED.
14
   Dated:  April 2, 2014.         EDMUND F. BRENNAN
15                                UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Preliminary Examination                    4